UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT



JAMES EARL WALTON,

   Petitioner,

   v.

D. K. WILLIAMS,

   Respondent.

Case No. 3:18-cv-1993-MPS

## MEMORANDUM OF LAW IN SUPPORT OF PETITION FOR WRIT OF HABEAS CORPUS

### I. BACKGROUND

The petitioner, James Earl Walton, pro se, filed a petition for writ of habeas corpus under 28 U.S.C. Section 2241, asserting that a retroactive change in the law, occurring after the filing of his first motion under 28 U.S.C. Section 2255 renders his career offender guideline sentence constitutionally and fundamentally defective. No action has been taken on the motion to date.

### II. LEGAL ARGUMENT

The petitioner submits that he satisfies the requirements of the savings clause of Section 2255(e), because a retroactive change in the law, occurring after the filing of his first Section 2255 motion rendered his career offender guideline sentence constitutionally and fundamentally defective, where the government acknowledges that the petitioner's sentence is

in fact defective. (see Exhibit A, attached to petition); also see Richard T. Little v. United States, WL 1424581 (D. Mass.) (finding that late discovery of the correct statutory interpretation by petitioner, and subsequent acceptance of that interpretation by the government - weigh strongly in favor of allowing petitioner to proceed via the savings clause in order to prevent a complete miscarriage of justice).

## CONCLUSION

The petitioner requests that the petition be granted.

Respectfully submitted,

_____
JAMES EARL WALTON, Pro Se

Dated: April 29, 2019