# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JAMES EARL WALTON, | ) | |
| Plaintiff, | ) | |
| v. | ) | Docket No. 3:18-cv-01993-MPS |
| D.K. WILLIAMS, | ) | April 3, 2020 |
| Defendant. | ) | |

## **MOTION TO EXTEND DEADLINE**

COMES NOW James Earl Walton, by and through undersigned counsel, and hereby moves to extend the deadline by which to file an amended petition to **April 17, 2020**. In support of this request, the undersigned avers:

1. On or about April 24, 2019, the Court appointed the undersigned to represent Mr. Walton, a *pro se* petitioner housed at FCI Danbury.

2. By Order of the Court, an amended petition is due today. Doc. 15. In setting this deadline, the Court provided: "In light of the extensions already granted, the Court is unlikely to grant any further extensions of this deadline." *Id.*

3. As set forth in the last request for additional time, the undersigned expected to have completed the necessary filing, especially accounting for the Court's admonition. Doc. 14. However, on or about March 11, the undersigned's wife experienced an unexpected medical issue. As a result, an otherwise "elective" (but necessary) surgical procedure scheduled for March 27 was deemed "emergency" and was performed on March 18. Although, as of this writing, the underlying issues appear to have resolved, during the period, including recovery, the undersigned's attention was elsewhere. Adding to this, of course, has been the impact of

COVID-19 both on the undersigned's practice and home life.  As the former, there has been a need to address a number of client-related and administrative issues.  As to the latter, the past two weeks has included the previously unplanned supervision of "online learning" for one middle school and two elementary school students.  In sum, the last few weeks have been fairly unsettled.

      4.  Respectfully, the government is not harmed by the additional time sought.

      WHEREFORE, Mr. Walton and, more specifically, the undersigned, prays that the Court grant the relief requested.  I appreciate the Court's patience and understanding.

      Respectfully submitted,

BY:    */s/ Todd Bussert*
     Todd Bussert, CT24328
     FROST BUSSERT LLC
     350 Orange Street, Suite 100
     New Haven, CT 06511
     (203) 495-9790; Fax: (203) 495-9795
     tab@frostbussert.com

## **CERTIFICE OF SERVICE**

I hereby certify that on April 3, 2020, a copy of the foregoing was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing.  Parties may access this filing through the Court's CM/ECF System.

     */s/ Todd Bussert*
    Todd A. Bussert